May 10, 2021

Clerk United States Bankruptcy Court
400 Robert N.C. Nix Building
900 Market Street
Philadelphia, PA 19107-4299

**REQUST FOR SERVICE OF NOTICES**

RE:  Debtor              Stephanie Theresa Ford
     Case No              17-17181
     Chapter 13 Trustee   Jack Miller
                          927 Hedgerow Court
                          Blue Bell, PA  19422
                          Email:  jmiller@ph13trustee.com

Dear Sir/Madam:

    Would you be so kind as to add the following interested party to the mailing/service list in the above referenced case:

        Jack Miller
        927 Hedgerow Court
        Blue Bell, PA  19422
        Email:  jmiller@ph13trustee.com

    Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rule 2002(g) and the Local Rules of the Bankruptcy Court.

    We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

        Very truly yours,

        Jack K. Miller