**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter **13** |
| **Stephanie Theresa Ford** | ) | |
| | ) | |
| | ) | |
| Debtor | ) | Bankruptcy No. **17-17181** |

**SUPPLEMENTAL APPLICATIONS FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR SERVICES PERFORMED AFTER CONFIRMATION**
**OF CHAPTER 13 PLAN**

..........................................................................................
**Margolis Edelstein**

applies under § 330 of the Code for an order directing the chapter 13 trustee to pay an award of compensation and reimbursement of actual, necessary expenses for services performed after confirmation of the debtor's chapter 13 plan and represents:

1. Applicant is counsel for debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on **10/23/17**

3. The debtor's chapter 13 plan was confirmed by the court on **9/11/18**

4. The debtor paid the applicant $ **300** prior to the filing of the chapter 13 petition.

5. Applicant's prior application was granted for fees of $3800 and expenses of $450:

6. Applicant requests an award of supplemental compensation of $ **3000.00** for **9.9** hours expended in providing the following services: **Motion to dismiss, motion to modify plan, loan modification application**

7. Applicant requests that compensation be awarded at the following hourly rate(s): $350.00/hour

8. Applicant requests reimbursement of expenses in the amount of $ **0** for expenses

9. A copy of the applicant's disclosure of compensation pursuant to F.R.B.P. 2016(b) is attached as Exhibit "A"

10. Attached as Exhibit B is a copy of the applicants time records setting forth the dates and amount of time expended for the services performed on behalf of the debtor after confirmation of debtor's chapter 13 plan.

11. All services rendered and expenses incurred for which compensation or reimbursement is requested

    a. were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable; and

    b. are not duplicative of services and expenses for which compensation or reimbursement was previously requested.

12. If this supplemental application is granted, the debtor's confirmed chapter 13 plan (check whichever is applicable)

   ☑ is adequately funded.

   ☐ is not adequately funded.

13. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C §504(c) applies.

WHEREFORE, Applicant requests an award of $ **3000** in compensation.

Dated: **February 3, 2022**    Signed: **/s/ Margolis Edelstein**
                                               Applicant

By: **Margolis Edelstein**
Name: **Margolis Edelstein**
Address: **100 Century Parkway, Suite 200**
**Mount Laurel, NJ 08054**
Phone No.: **856-323-1100**
Fax No.: **856-546-5200**