**Supplemental Application for Compensation**

**Itemized Fees**

Stephanie Ford
Case No. 17-17181

| Date | Work Performed | Hours |
|---|---|---|
| 08/26/2020 | Letter to Debtor ("D") re. Motion to Dismiss Case for Failure to Make Plan Payments; review trustee history | .3 |
| 9/1/20 | Meet w. D re trustee payment, loan modification | .4 |
| 9/8/20 | t/c lender re updated pay history;<br>t/c D re proof of mortgage payments/trustee payments | .3<br>.1 |
| 9/10/20 | t/c D re mortgage payments/loan modification | .2 |
| 9/25/20 | Review mortgage payment history, escrow history | .5 |
| 9/25/20 | Email exchange D re escrow shortage explanation | .2 |
| 10/5/20 | T/c D re trustee payment;<br>T/c Trustee re trustee payment/continuance | .1<br>.2 |
| 10/10/20 | Meet w D re loan mod application; prepare application; review & submit application | 1.6 |
| 10/23/20 | t/c lender re loan mod, includes hold time;<br>email D re additional documents | .4<br>.1 |
| 10/25/20 | Review additional docs, mark-up/forward to lender | .3 |
| 10/25/20 | t/c D re trustee payment | .1 |
| 11/6/20 | t/c lender re loan mod status, covid forbearance | .2 |
| 11/6/20 | t/c D re COVID forbearance vs loan mod | .3 |
| 11/17/20 | Email D re choice re forbearance or continue with loan mod? | .1 |
| 11/22/20 | v/m D re trustee payment, loan mod, forbearance | .1 |
| 11/23/20 | v/m D re hearing tomorrow<br>t/c trustee re continue, haven't heard from D | .1<br>.2 |

| | | |
|---|---|---|
| 11/24/2020 | Review letter from lender re loan mod denial; Letter to D re continued hearing date, trustee payment history, loan mod denial for time lapse | .2 |
| 12/31/21 | v/m & email D re hearing, case to be dismissed | .1 |
| 1/4/21 | t/c D re hearing, no payments, will make appointment | .1 |
| 1/5/21 | t/c trustee re continued, will file motion to modify | .2 |
| 01/05/2021 | Letter to D re continued date | .1 |
| 2/1/21 | Email & v/m D re motion to modify & dismissal | .1 |
| 02/08/2021 | Meet w. D, prepare & file amended I/J; prepare motion to modify plan; prepare amended plan; review letter from lender | 1.4 |
| 2/8/21 | t/c trustee re continuance, motion to modify | .2 |
| 03/15/2021 | File CNR; T/c D re proof of payment T/c trustee re approve if receive proof of payment | .1 .1 .2 |
| 03/16/2021 | t/c trustee re continue motion; v/m D re payment; email D re continued date | .3 |
| 03/23/2021 | t/c trustee re motion to modify, ok | .2 |
| 3/23/21 | T/c D re motion; loan mod questions | .3 |
| 5/1/21 | 3-way D, lender re covid relief | .4 |
| 7/5/21 | Letter to D re status | .1 |
| Total Hours: | | 9.9 |

| | |
|---|---|
| Total Attorney Hours: | 9.9 |
| Attorney Hourly Rate: | $350.00/hour |
| Attorney Total: | $3465.00 |