UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Chapter 13
    STEPHANIE THERESA FORD      :
    Debtor                                   :        Bankruptcy No. 17-17181ELF

**OBJECTION TO SUPPLEMENTAL APPLICATION FOR COMPENSATION**

    **AND NOW** comes, Kenneth E. West, Esquire, Chapter 13 standing trustee, files this Objection to Supplemental Application for Compensation filed by counsel for the debtor, Georgette Miller, and alleges the following:

1. The fee application was not served properly and was not served as requested in the request for notice filed with the court on May 10, 2021.

2. The requested fee is unreasonable and higher than the market rate.

3. Some of the line items in the itemization appear to be excessive.

    **WHEREFORE**, the standing trustee requests that a hearing be scheduled on the Supplemental Application filed by counsel for the debtor and the fee be disallowed.

Date:    February 15, 2022

/s/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee